**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SIDIMAR CHAVES ALVES,<br><br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE, *et al*.,<br><br>Respondents. | Civil Action No. 1:26-cv-13857-JEK |

**RESPONSDENTS' RESPONSE TO HABEAS PETITION**

Petitioner Sidimar Chaves Alves has filed a Petition for Writ of Habeas Corpus challenging his immigration detention. *See* Doc. 1. Respondents submit that the legal issues presented in this Petition are similar to those recently addressed by this Court in *Rodrigues da Silva v. U.S. Department of Homeland Security*, Civil Action No. 26-cv-13854 (D. Mass. Aug. 25, 2026). Should the Court follow its reasoning in *Rodrigues da Silva*, it would reach the same result here. Accordingly, Respondents submit that the Court may resolve this Petition without further briefing or oral argument.[1]

[1] Respondents reserve all rights to appeal and incorporate by reference the legal arguments they presented in *Rodrigues da Silva*. Respondents will provide further briefing on any issue that Respondents did not address in *Rodrigues da Silva*, if the Court would like Respondents to do so.

Dated: August 27, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Vincent Engingro III*
VINCENT ENGINGRO III
Special Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: (617) 748-3100
Email: Vincent.engingro@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Vincent Engingro III, Special Assistant United States Attorney, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: August 27, 2026

By: */s/ Vincent Engingro III*
VINCENT ENGINGRO III
Special Assistant United States Attorney