**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

SIDIMAR CHAVES ALVES

Petitioner,

v.

PATRICIA HYDE, Field Office Director,
ANTONE MONIZ, Superintendent,
Plymouth County Correctional facility,
MICHAEL KROL, HSI New England
Special Agent in Charge,
MARKWAYNE MULLIN, Secretary of
Homeland Security, and
TODD BLANCHE, Attorney General of
the United States

Case Number 26-cv-13857-JEK

PETITIONER'S STATUS REPORT

1) On August 28, 2026, the Court Ordered the following: "The respondents are ORDERED to provide him with a bond hearing pursuant to 8 U.S.C. section 1226 (a) within 7 days of this Order…"

2) The respondents have not provided the Petitioner with a bond hearing according to the Court order.

3) Furthermore, this Counsel informed respondents' counsel on August 27, 2026, at

8:51am that the Petitioner suffers from high blood pressure and that since his detention on August 20, 2026, he had not been given high blood pressure medication.

4) The first time Petitioner was given high blood pressure medication was August 27, 2026, at approximately 9:40 am.

5) Upon a discussion with the doctor on August 27, 2026 that prescribed high blood pressure medication to the Petitioner, the doctor said to the Petitioner the following: "Wow, your blood pressure is really high. You need to take blood pressure medication urgently."

6) The respondents appear to be continuing a pattern of mistreating the Petitioner.

7) First, the respondents failed to provide the Petitioner with proper medical care and left him without high blood pressure medication for approximately <u>7 days</u> putting his life at risk in violation of the 8th amendment to the Constitution.

8) CNN reported on Sunday September 10, 2026, that according to ICE statistics 57 people have died in ICE custody since the start of the second Trump administration. That tally doesn't include deaths of those recently released from ICE custody. In June the agency announced it was ending its policy of reporting those deaths to the public. See CNN news article attached page 14.

9) Also, the Respondents continue to detain the Petitioner without providing him with a bond hearing Pursuant to 8 U.S.C. section 1226 (a) in violation of his 5th amendment due process rights, and in violation of the Court Order dated August 28, 2026.

10) Consequently, Petitioner asks the Court to release him immediately from Immigration

detention.

Dated this 14th day of September 2026

Respectfully submitted,

Daniel Marc Kravitz, Esq.
Law Office of Stephen E. Bandar
2000 Massachusetts Ave, Ste 2
Cambridge, MA 02140
781-866-3187
BBO #657056
dkravitz@bandarlawoffice.com
*Counsel for Petitioner*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2026, I served a true and correct copy of the foregoing upon all parties (including Respondents) on file by first-class mail, postage prepaid, and/or by electronic filing through the Court's CM/ECF, PACER system.

Daniel Marc Kravitz, Esq.
*Counsel for Petitioner*

**VERIFICATION PURSUANT TO 28 U.S.C. § 2242**

I represent Petitioner Sidimar Chaves Alves, and, under the penalty of perjury, I submit this verification on his behalf. I hereby verify that the factual statements made in the foregoing are true and correct to the best of my knowledge.

Dated 14th Day of September 2026.
Counsel for Petitioner

Daniel Marc Kravitz, Esq.
*Counsel for Petitioner*