ADVERTISEMENT

US

# Tracking the numbers behind Trump's immigration offensive

ADVERTISEMENT

2025, the pace of deportations is intensifying and the death rate in detention reached its highest point since the pandemic.

Since President Donald Trump's promise to lead the largest deportation operation in US history, CNN has been tracking key numbers. The charts below show what's happening beyond the headlines, and how the immigration offensive has ebbed, flowed and often intensified on multiple fronts.

The data on this page will be updated as new information is released, so check back for changes.

## Immigration arrests are changing

The Trump administration claims immigration authorities' arrests are focusing on major criminals it calls "the worst of the worst." But the data reveals that most of those arrested don't have criminal convictions on their records, according to the Transactional Records Access Clearinghouse at Syracuse University (TRAC).

ADVERTISEMENT

## charges

In past administrations, detainees arrested by ICE were primarily individuals with criminal convictions. The latest numbers show 31% of detainees have a prior criminal conviction, while 69% have only an immigration violation or criminal charges that remain pending.

**Detainees with:**

**Criminal convictions**

**Pending criminal charges**

**Other immigration violations** (no criminal charges)




Data last updated July 11, 2026.

Source: Transactional Records Access Clearinghouse (TRAC)
Graphic: Alex Leeds Matthews, CNN

The Department of Homeland Security takes a different view on the numbers. The agency says nearly 70% of people arrested by ICE have been convicted or charged with a crime in the United States — including the pending charges in that calculation.

ADVERTISEMENT

security threats doesn't mean others are exempt.

ADVERTISEMENT

"If you're in the country illegally," he says, "you're never off the table."

**RELATED ARTICLE**



There's a battle on three fronts as DHS turbocharges its immigration offensive

But critics of the administration's approach argue that officials are misleading the public about their priorities.

"DHS inflates the number of 'criminal' arrests by including people with pending criminal charges, because many criminal charges do not end in convictions, and an ICE arrest denies them due process and their day in court," says David Bier of the libertarian Cato Institute.

ADVERTISEMENT

ADVERTISEMENT

As the number of immigrant arrests soars, there's another shift: US Customs and Border Protection officers are handling far fewer arrests than they once did.

ADVERTISEMENT

In Trump's second term, Immigration and Customs Enforcement (ICE), which is responsible for enforcement within the United States, significantly increased its number of arrests, while Customs and Border Protection (CBP) made far fewer arrests at the border.

**ICE and CBP book-ins to detention**




Data last updated July 11, 2026

Source: Transactional Records Access Clearinghouse (TRAC)
Graphic: Alex Leeds Matthews, CNN

As restrictions at the US-Mexico border have increased and enforcement efforts have increasingly focused on the interior of the country, ICE is now largely tasked with making those arrests. Though we've also seen CBP officers playing a more visible role in some immigration operations inside the US.

## Shootings by federal agents are drawing scrutiny

ADVERTISEMENT

administration's immigration offensive, with some federal authorities shattering car windows and tackling their targets during arrests or other operations. And as enforcement continues, the use of deadly force during operations has drawn increasing scrutiny.

ADVERTISEMENT

At least 20 people have been shot by on-duty ICE and CBP agents during the second Trump administration.

ADVERTISEMENT

At least eight people have been killed and twelve injured in shootings involving on-duty ICE and CBP agents since the start of President Donald Trump's second term.

**Cities where DHS agent-involved shootings have taken place**




Note: Data as of September 4, 2026. Incidents shown begin on January 21, 2025, the first full day of Trump's second term.

Sources: CNN reporting, Associated Press, US Department of Homeland Security, US Department of Justice
Graphic: Annette Choi, Kate Carroll and Zoe Sottile, CNN

ADVERTISEMENT

in assaults against them.

"ICE and CBP are trained to use the minimum amount of force necessary to resolve dangerous situations to prioritize the safety of the public and themselves," a DHS spokesperson told CNN last year. "Our officers are highly trained in de-escalation tactics and regularly receive ongoing use of force training."

ADVERTISEMENT

Immigrant rights advocates and some local leaders have accused DHS of endangering American communities by using aggressive tactics.

**RELATED ARTICLE**




What 74 days of federal operations looked like in Minnesota, frame by frame

Two shooting deaths during ICE operations drew national attention this summer as arrests ramped up in July. DHS has said it's investigating those controversial shootings, and others that occurred earlier this year. State and local authorities are also investigating some of the shootings. Federal officials' initial responses have

ADVERTISEMENT

from critics who argue agents are abusing their power and who question the thoroughness and approach of federal authorities' investigations.

## Since January 2025, at least eight people have died in shootings by DHS agents

*Scroll* →



### Joan Sebastián Durán Guerrero

**The food delivery driver was shot by an Immigration and Customs Enforcement agent.**

Age: 25

Nationality: Colombian

Died: July 13, 2026, in Biddeford, ME

DHS has said the shooting occurred during a targeted enforcement operation after a "vehicle attempted to flee the scene and, fearing for public safety, an officer discharged his weapon." A witness told the AP he heard Durán Guerrero tell officers he had tried to stop.



### Unknown

**An unidentified person was shot by Border Patrol agents.**

Age: Unknown

Nationality: Unknown

Died: July 10, 2026, in Blythe, CA

Agents assigned to a Border Patrol station in Blythe fatally shot a subject who "posed an immediate threat to civilians and agents," CBP Commissioner Rodney Scott said at the time. "As agents intervened, the suspect stabbed a Border Patrol agent, resulting in a non-fatal injury," Scott said.



**The constr was shot b during a tr**

Age: 52

Nationality

Died: July TX

DHS said Sa "rammed ar enforcemer follow multi and weapor attempt to r enforcemer our officer fi self-defense told CNN th Salgado Ara surrender.

Note: Data as of August 20, 2026. Incidents shown begin on January 21, 2025 — the first full day of Trump's second term.

Sources: Department of Homeland Security, CNN reporting; (Photos) US Department of Veterans Affairs, AP, Renee Good family, Joan Sebastian Guererro/Facebook, Ronaldo Salgado, GoFundMe

ADVERTISEMENT

DHS says the Trump administration has deported 985,000 people, but hasn't provided a detailed breakdown of that number by federal agency. In addition to ICE removals, which are tallied in regular data releases by the government, US Customs and Border Protection also removes individuals apprehended at the US-Mexico border, and the Coast Guard conducts repatriations.

ADVERTISEMENT

ICE's recently released preliminary data for the current fiscal year, which ends September 30, shows removals at their highest levels in recent years.

ADVERTISEMENT

Immigration and Customs Enforcement has averaged 26,000 deportations directly from detention per month since January 2025.

**Release for removal by ICE, by month**




Notes: Data as of July 11, 2026. September 2025 data is partial and through Sept. 20, 2025.

Source: ICE detention statistics

Both those pushing for more deportations and immigrant advocates who oppose the crackdown argue that officials should release more data about deportations so the public can better track what's going on.

## ICE is detaining more people

By July 2026, there were nearly 66,000 detainees in ICE custody, an increase of nearly 70% from the total detained when Trump took office the year prior.

ADVERTISEMENT

## administration

About 65.8K people were held in detention as of July 11, according to the latest data available from the Transactional Records Access Clearinghouse, a nonpartisan data research organization that tracks immigration records. That's a 66% increase from the start of President Donald Trump's second term.

**Number of people detained by US Immigration and Customs Enforcement (ICE) and Customs and Border Protection (CBP)**




Data last updated July 11, 2026

And officials say they're hoping to grow ICE's detention capacity even more.

# Detention deaths are on the rise

As the number of people detained has grown, more people are also dying in ICE custody.

ADVERTISEMENT
ADVERTISEMENT

At least 57 people have died in ICE custody since the start of the second Trump administration, according to ICE statistics. That tally doesn't include deaths of those recently released from ICE custody. In June the agency announced it was ending its policy of reporting those deaths to the public.

ADVERTISEMENT

At least 33 civilians died in ICE custody in 2025, the highest since at least 2018, a CNN analysis found. 2026 is on track to exceed that, with 24 deaths in ICE custody recorded so far this year.

**Cumulative number of people who died in ICE custody, by month and year**




Note: Data as of September 9, 2026.

Source: US Immigration and Customs Enforcement
Graphic: Annette Choi and Alex Leeds Matthews, CNN

The trend has sparked concern from those who track these numbers and see them as a troubling indicator of widespread problems in the detention system that they argue have intensified with policy changes made by this administration.

At least 10 of the deaths were presumed suicides, and some of the individuals who died had pre-existing medical conditions. A CNN investigation found deadly outcomes in more than a dozen cases could be linked, in part, to substandard treatment by at-times understaffed medical teams dealing with escalating detainee populations, according to a review of autopsy reports, court records and interviews with detainees and experts.

ADVERTISEMENT

ADVERTISEMENT

DHS disputes allegations of medical neglect and poor conditions that advocates link to the growing death toll. “Being in detention is a choice,” the agency argues, stating that undocumented immigrants can opt to self-deport using the US program that offers a $2,600 stipend to those who choose to leave.

“As bed space has rapidly expanded, we have maintained (a) higher standard of care than most prisons that hold U.S. citizens — including providing access to proper medical care. For many illegal aliens this is the best healthcare they have received their entire lives,” a DHS spokesperson said, adding that detainees also receive food, water, bedding, clean clothing and dietician-certified meals.

DHS also argues the rate of deaths in ICE custody has remained consistent. “There has been NO spike in deaths,” the spokesperson said. But a CNN analysis found that the death rate has spiked on a monthly and annual basis under the second Trump administration.

ADVERTISEMENT

The Department of Homeland Security told CNN the rate of deaths in ICE custody has remained consistent with previous years. However, a CNN analysis found the rate has in fact spiked on a monthly and annual basis under the second Trump administration.

**Monthly deaths per 10,000 detention admissions**




Data as of July 20, 2026.
Note: Detention admissions calculated using ICE detention management data on facilities' average daily population and average length of stay.

In a June analysis, Physicians for Human Rights and Human Rights First argued the death rate has more than doubled since Trump's second term began.

ADVERTISEMENT

ADVERTISEMENT

"Urgent action is needed to address this crisis and prevent further deaths," the organizations said.

CNN's Rhyannon Bartlett-Imadegawa, Zoe Sottile, Alberto Mier and Priscilla Alvarez contributed to this report.

+ Follow

## Up next



Airman shot down in Iran shares harrowing rescue story

4 MIN READ



Exclusive: Tense phone call and resignation upend Justice Department probe into Trump's top foes

5 MIN READ



A fateful turning point for humanity and AI could redefine American politics

7 MIN READ



Kennedy Center warns of bankruptcy unless Trump's name returns, sources say

3 MIN READ



Why Democrats' blue wave might not be as big as expected

10 MIN READ



Democrats eye a new tool to hold Trump accountable if they win the House

10 MIN READ

## Most popular

**1** Airman shot down in Iran shares harrowing rescue story

ADVERTISEMENT

2 Trump's top foes

3 A fateful turning point for humanity and AI could redefine American politics

4 Kennedy Center warns of bankruptcy unless Trump's name returns, sources say

5 Why Democrats' blue wave might not be as big as expected

6 Democrats eye a new tool to hold Trump accountable if they win the House

7 Qantas is retiring its A380s. Is it time to say goodbye to the superjumbo?

8 Ex-CIA boss was at Ukrainian station when Russian drone struck train

9 Why Saudi Arabia has few options in its conflict with the Houthis

10 Adult woman dies of measles complications in growing Pennsylvania outbreak

Search CNN...

Listen

Watch

US

World

ADVERTISEMENT

Business

Markets

Health

CNN Underscored

Entertainment

Tech

Style

Travel

Sports

Science

Climate

Weather

Ukraine-Russia War

Israel-Hamas War

Watch

Listen

Games

About CNN

US

FOLLOW CNN

ADVERTISEMENT

Download on the App Store GET IT ON Google Play

Terms of Use Privacy Policy Manage Cookies Ad Choices Accessibility & CC About Subscribe Newsletters

Transcripts Help Center Sitemap

© 2026 Cable News Network. A Warner Bros. Discovery Company. All Rights Reserved.

CNN Sans ™ & © 2016 Cable News Network.