**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

SIDIMAR CHAVES ALVES,

Petitioner,

v.

PATRICIA HYDE, *et al*.,

Respondents.

Civil Action No. 1:26-cv-13857-JEK

**RESPONDENTS' STATUS REPORT AND MOTION FOR EXTENSION OF TIME**

Pursuant to this Court's Order (ECF No. 11), Respondents respectfully provide the Court with the following status update on the bond hearing for Sidimar Chaves Alves:

On August 28, 2026, this Court ordered the Petitioner to receive a bond hearing within 7 days. ECF No. 9. Furthermore, the Court ordered the Respondents to file a status report within twenty-four hours stating whether Petitioner has been granted bond, and if his request for bond was denied, the reasons for that denial. *Id.* On or about August 27, 2026, Petitioner's counsel and undersigned counsel discussed this matter. ECF No. 10. Given the medical issues claimed, the undersigned counsel immediately discussed the case with Immigration and Customs Enforcement ("ICE") that same day. ICE confirmed medical staff would be notified. The Petitioner then received the blood pressure medication. ECF No. 10. However, given a very rare administrative error, the order, ECF No. 9, was inadvertently not sent to the appropriate individuals to schedule a bond hearing. As soon as the error was discovered, the appropriate individuals were notified to schedule a bond hearing as soon as possible. The undersigned counsel represents this was not intentional, a result of the extremely high volume of cases, and first concentrating on the Petitioner's medical concerns. The undersigned apologies to the court. The Respondents

respectfully request a short extension of time to September 21, 2026, for the bond hearing to be conducted. The undersigned counsel will also make every effort to have the bond hearing occur before the above detailed date if possible.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: September 14, 2026 By: /s/ Vincent Engingro III

VINCENT ENGINGRO III
Special Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: (617) 748-3100
Email: Vincent.Engingro@usdoj.gov

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

I, Vincent Engingro III, Special Assistant United States Attorney, hereby certify that I attempted to speak to Petitioner's counsel on September 14, 2026. The undersigned counsel was unable to reach Petitioner's counsel.

Dated: September 14, 2026 By: /s/ Vincent Engingro III

VINCENT ENGINGRO III
Special Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I, Vincent Engingro III, Special Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: September 14, 2026 By: /s/ Vincent Engingro III

VINCENT ENGINGRO III
Special Assistant United States Attorney