**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

SIDIMAR CHAVES ALVES,

Petitioner,

v.

PATRICIA HYDE, *et al*.,

Respondents.

Civil Action No. 1:26-cv-13857-JEK

## RESPONDENTS' STATUS REPORT

Pursuant to this Court's Order (ECF No. 13), Respondents respectfully provide the Court with the following status update on the release of Sidimar Chaves Alves:

This Court entered an Order directing the Respondents to provide a status report indicating the Petitioner has been released from custody on or before September 15, 2026, at 12:00 P.M. ECF No. 13. Per Immigration and Customs Enforcement, the Petitioner was released on September 14, 2026. Respondents respectfully request this Court dismiss this action as the petition has been granted and the relief ordered by this Court provided.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: September 15, 2026

By: /s/ Vincent Engingro III
VINCENT ENGINGRO III
Special Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: (617) 748-3100
Email: Vincent.Engingro@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Vincent Engingro III, Special Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: September 15, 2026

By: *<u>/s/ Vincent Engingro III</u>*
VINCENT ENGINGRO III
Special Assistant United States Attorney