UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SIDIMAR CHAVES ALVES
Plaintiff(s),

v.

PATRICIA HYDE, ANTONE MONIZ, MICHAEL KROL, MARKWAYNE MULLIN, and TODD BLANCHE
Defendant(s).

Civil Action No. 26-13857-JEK

# JUDGMENT

**KOBICK, D.J.**

☐ Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒ Decision by the Court: In accordance with the Court's Electronic Order dated August 28, 2026, [ECF 9], granting the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, and the Court's Electronic Order dated September 14, 2026, [ECF 13], ordering petitioner's immediate release

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner Sidimar Chaves Alves.

Dated: September 15, 2026

/s/ Haley Currie

Deputy Clerk